UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jeffrey Deguise, | Case No. 12-10590 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| Commissioner of Social Security, | U.S. MAGISTRATE JUDGE |
| Defendant. | MICHAEL HLUCHANIUK |
| _____/ | |

## ORDER ADOPTING REPORT AND RECOMMENDATION [11], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9]

On February 19, 2013, Magistrate Judge Hluchaniuk issued a Report and Recommendation (R&R) [11] that Defendant Commissioner of Social Security's Motion for Summary Judgment [10] be GRANTED and Plaintiff Jeffrey Deguise's Motion for Summary Judgment [9] be DENIED.

A party who disagrees with an R&R may file an objection within fourteen (14) days. No objection to the R&R was filed.

The Court has reviewed the record in this case. The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [10] is **GRANTED**. Plaintiff's Motion for Summary Judgment [9] is **DENIED**.

**SO ORDERED**.

s/Arthur J. Tarnow<br>ARTHUR J. TARNOW<br>SENIOR U.S. DISTRICT JUDGE

Dated: March 22, 2013