UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY DEGUISE,  

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 12-10590

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MICHAEL HLUCHANIUK

### ORDER ADOPTING REPORT AND RECOMMENDATION [11], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [10] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [9]

On February 19, 2013, Magistrate Judge Hluchaniuk issued a Report and Recommendation (R&R) [11] that Defendant Commissioner of Social Security's Motion for Summary Judgment [10] be GRANTED and Plaintiff Jeffrey Deguise's Motion for Summary Judgment [9] be DENIED.

A party who disagrees with an R&R may file an objection within fourteen (14) days. No objection to the R&R was filed.

The Court has reviewed the record in this case. The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [10] is **GRANTED**. Plaintiff's Motion for Summary Judgment [9] is **DENIED**.

**SO ORDERED**.

                                        s/Arthur J. Tarnow
                                        ARTHUR J. TARNOW
                                        SENIOR U.S. DISTRICT JUDGE

Dated: March 22, 2013